IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH RUSSELL JUDD | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv923 |
| BILL RICHARDSON | § | |

MEMORANDUM OPINION REGARDING VENUE

Petitioner Keith Russell Judd, an inmate confined in the Federal Correctional Institute at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner is challenging the validity of a state court criminal conviction from Bernalillo County, New Mexico. Petitioner does not assert that his current federal confinement is unlawful.

As petitioner is challenging his New Mexico state court conviction, his quarrel is with New Mexico authorities. As a result, the court is of the opinion that this petition should be transferred to a forum where a New Mexico state inmate would pursue a petition for writ of habeas corpus. Accordingly, this petition will be transferred to the United States District Court

for the District of New Mexico.  A transfer order shall be entered in accordance with this memorandum opinion.

    **SIGNED** this __3__ day of _____December_____, 2007.

*Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE